## STATE OF CONNECTICUT *v.* MIGUEL MARTINEZ
## (8569)

SPALLONE, DALY and NORCOTT, Js.

Submitted on briefs June 14—decision released June 27, 1990

*Lauren Weisfeld,* assistant public defender, and *G. Douglas Nash,* public defender, filed a brief for the appellant (defendant).

*Mary H. Lesser,* deputy assistant state's attorney, *John T. Redway,* state's attorney, and *Bernadette Conway,* assistant state's attorney, filed a brief for the appellee (state).

PER CURIAM. The defendant is appealing his conviction of a violation of probation. This court reversed the defendant's conviction of certain drug charges in *State* v. *Martinez,* 21 Conn. App. 813, 573 A.2d 353 (1990). Because the defendant's violation of probation was based solely on that conviction, the conviction of the violation of probation must also be reversed. *State* v. *Soltes,* 20 Conn. App. 342, 347, 566 A.2d 1374 (1989); *State* v. *Drouin,* 12 Conn. App. 101, 102 n.1, 529 A.2d 740 (1987).

The judgment is reversed and the case is remanded with direction to dismiss the charge of violation of probation.